Total pages: 2

JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095
FILED
April 16, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002564449

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In the Matter of

**JOHN SILVA LEAL,**

Debtor(s).

Case No. 10-10924-B-7

DC No. JES-3

**TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION**

Date: May 26, 2010
Time: 10:00 a.m.
Dept: B

TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 01/29/2010.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A)(N). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate are a 1996 Peterbilt Feed Truck bearing VIN 1XPGDE9X6TD406604 and a 1994 Featherlite

Truck bearing VIN 1XPGDE9X6TD406604 and a 1994 Featherlite Gooseneck trailer bearing VIN 4FDL20201RA823445.

5. The trustee wishes to sell the subject assets for the benefit of the estate. The Trustee has elected to sell the property at a public auction to be held on May 26, 2010, or as soon thereafter as determined by auctioneer.

6. The application of employment of an auctioneer to conduct the auction of said property has been previously filed by this Court. The Auctioneer is Ritchie Bros. Auctioneers in Tipton, CA.

7. The auctioneer's compensation for undertaking this assignment is as follows: 15% gross sale proceeds with a 10% buyer's premium. Included in the commission will be the auctioneer's necessary expenses, including but not limited to, pick-up transport, storage, and other costs of sale.

8. The trustee is informed and believes the said personal property is not subject to any liens or encumbrances.

9. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Movant prays as follows:

For an order approving the public auction sale of the subject property described above, to be held on or about May 26, 2010 at Ritchie Bros. Auctioneers located at 16140 Hwy. 99, Tipton, CA.

DATED: 4/15/10

JAMES E. SALVEN,
Movant

-2-