FILED
April 16, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002564447

Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In the Matter of

JOHN SILVA LEAL,

    Debtor(s).
_____/

Case No. 10-10924-B-7

DC No. JES-3

**DECLARATION OF JAMES SALVEN IN SUPPORT OF TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION**

Date: MAY 26, 2010
Time: 10:00 a.m.
Dept: B

I, James Salven, do declare as follows:

1. I am the duly appointed, qualified and acting trustee of the above-entitled estate.

2. I obtained court authority to employ an auctioneer to assist the estate in liquidating a 1996 Peterbilt Feed truck and a 1994 Featherlite Gooseneck trailer as listed in the Trustee's Motion to Sell Property at Public Auction.

3. I have agreed to pay compensation in connection with the auction. Compensation is as follows: 15% gross sale proceeds with a buyer's premium of 10%.

4. The asset(s) are being sold subject to liens and encumbrances of record, of which there are none known

5. I believe that the confirmation of proposed sale on the

terms set forth in the Motion in the best interests of the creditors.

6. I have reviewed the Motion To Sell Property at Public Autcion, and hereby incorporate any and all allegations made therein as if fully set forth herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is a true statement of fact to the best of my knowledge.

DATED: 4/15/16

JAMES E. SALVEN
Chapter 7 Trustee